# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 2 C 5926 | DATE | 3/5/2003 |
| CASE TITLE | Trustees et al vs. P & D Signs, Inc. et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum of Judgment *and Order*: On 3/4/2003, Judgment was entered in favor of the plaintiff, Trustees of the N.E.C.A. - IBEW Local 176 Health, Welfare, Pension, Vacation, and Training Trust Funds and against defendant, P & D Signs, Inc., an Illinois Corporation, f/k/a P & D Signs and Amy Iwanicki, individually, in the total amount of $293,984.94.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | | |
| | Notified counsel by telephone. | MAR 06 2003 date docketed | |
| ✓ | Docketing to mail notices. | | |
| | Mail AO 450 form. | deputy initials | |
| | Copy to judge/magistrate judge. | | |
| TSA | courtroom deputy's initials | 03 MAR -5 PM 3:43 date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE N.E.C.A. - IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.: 02 CV 5926 |
| P & D SIGNS, INC., an Illinois Corporation, f/k/a P & D SIGNS and AMY IWANICKI, Individually, | ) ) ) ) | Judge: Anderson |
| Defendants. | ) ) | |

RECEIVED MAR 0 4 2003 WAYNE R. ANDERSEN U. S. DISTRICT COURT JUDGE

DOCKETED MAR 0 6 2003

## MEMORANDUM OF JUDGMENT

On March 4, 2003, Judgment was entered in favor of the Plaintiffs, TRUSTEES OF THE N.E.C.A. - IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS, and against Defendant, P & D SIGNS, INC., an Illinois Corporation, f/k/a P & D SIGNS and AMY IWANICKI, Individually, in the total amount of $293,984.94.

DATED: March 5, 2003

ENTER: _____
Honorable Judge Wayne R. Anderson

John F. Etzkorn
ARNOLD AND KADJAN
19 W. Jackson Blvd.
Chicago, IL 60604
(312) 236-0415



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE N.E.C.A. - IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>P & D SIGNS, INC., an Illinois Corporation, f/k/a P & D SIGNS and AMY IWANICKI, Individually,<br><br>Defendants. | No.: 02 CV 5926<br><br>Judge: Anderson<br><br>DOCKETED<br>MAR 0 6 2003 |

## ~~DRAFT~~ ORDER

THIS CAUSE coming on to be heard on Motion of Plaintiffs for entry of Default and for Judgment in Sum Certain, due notice having been given, and Defendants having been served and having failed to Appear and Answer;

IT IS HEREBY ORDERED:

1. Judgment is hereby entered in favor of Plaintiffs and against Defendants, in the amount of $293,984.94; and

2. The judgment amount consists of $255,499.10 in unpaid or under paid contributions, $30,125.27 in liquidated damages, $5,248.57 in audit costs, and $3,112.00 in attorneys' fees and costs, which is hereby awarded pursuant to the provisions of 29 U.S.C. Section 1132(g)(2).

3. Execution may issue instanter.

DATED: March 5, 2003

ENTER: _____
Honorable Judge Wayne R. Anderson

John F. Etzkorn
ARNOLD AND KADJAN
19 W. Jackson Blvd.
Chicago, IL 60604
(312) 236-0415